# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN MARTINEZ RIVERA,<br><br>    Petitioner,<br><br>    v.<br><br>CHRISTOPHER J. LAROSE; et al.,<br><br>    Respondents. | Case No.: 25-cv-2667-JO-VET<br><br>[~~PROPOSED~~] ORDER ON JOINT MOTION TO DISMISS |

Having considered the parties' Joint Motion to Dismiss, and finding good cause therefor, the Joint Motion is hereby **GRANTED**. The Clerk of the Court is directed to close this case.

It is **SO ORDERED.**

DATED: October 17, 2025

_____
~~Hon~~. Jinsook Ohta
United States District Judge